UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Jeremiah Mccall
    Plaintiff,
v.
Credit Control LLC;

CASE NO. 3-24CV2442-L

Complaint for a civil case

Jury Trial: ☒ Yes ☐ No



### Introduction

1. This is a civil action for actual, statutory damages and cost brought by Jeremiah Mccall ("Plaintiff") an individual consumer, against defendant, Credit Control LLC ("CCL") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### Jurisdiction

2. Jurisdiction of this court arises under 15 U.S.C § 1681(P), 15 U.S.C § 1692 K(d) and 28 U.S.C § 1391 B(2) because a substantial part of the events, omissions, or conduct giving rise to plaintiff claim occurred in this judicial district. Defendant ("CCL") transact business in Dallas, Texas.

COMPLAINT FOR A CIVIL CASE - 1

3. The court has supplemental jurisdiction of any state law pursuant to 28 U.S.C § 1367.

## Parties

4. Plaintiff, Jeremiah Mccall is a natural person and consumer as defined by 15 U.S.C § 1681 a(c), residing in Dallas, Texas.

5. Upon information and belief, Defendant, Credit Control LLC is a Missouri Corporation with a principal place of business located at **3300 Rider Trl S SUITE 500 Earth City, MO 63045**

6. Defendant, CCL has a Registered Agent by the name of Richard Saffer with a principal place of business located at 3300 Rider Trl S Suite 500 Earth City, MO 63045

7. Defendant CCL., is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's. The alleged debt arose from a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

8. The acts as described in this complaint were performed by defendants or on defendant's behalf by its owners, officers, agents, and/or employees acting within the scope of their actual or apparent authority. As such, all references to "defendant" or their owners, agents, and/or employees.

## Factual Allegations

9. Defendant CCL., (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6)

10. The primary and principal business of the defendant is to collect on alleged defaulted debts.

COMPLAINT FOR A CIVIL CASE - 2

11. The defendant obtained an alleged debt regarding the Plaintiff in or Around August of 2020.

11. On or about July 2024, the Plaintiff noticed he was receiving emails and letters from the defendant trying to collect on an alleged debt from Verizon.

12. On or around August 20th, the plaintiff communicated to the defendant through email that they refuse to pay the debt.

13. On or around August 27th, CCL sent another email to the Plaintiff attempting to collect on the same debt that the Plaintiff wrote the "refusal to pay the debt" which is a violation of 15 U.S.C 1692c(c). The defendant also sent multiple letters in or around September 2024 attempting to collect on the debt.

14. Despite the Plaintiffs request to cease communication with him, in an attempt to harass, oppress, and intimidate the Plaintiff, the defendant proceeded to communicate with the plaintiff regarding the debt.

15. All of the above actions by defendants and collection agents of defendants were made in violation of the FDCPA as will be described below.

16. Plaintiff has the interest and right to be free from deceptive, misleading collection efforts.

17. Plaintiff has the interest and right to privacy from individuals harassing him in an attempt to collect a debt after the Plaintiff has invoked his rights by notifying the debt collector how to communicate with him.

18. Plaintiff has the interest and right to be free from harassment due to debt collectors trying to collect on an "alleged" debt.

19. Plaintiff's injury is "particularized" and "actual" in that the conduct that deprived plaintiff of their rights was directed by Defendant to plaintiff specifically.

20. Plaintiff's injury is directly traceable to Defendants conduct because if it wasn't for the Defendants conducts, Plaintiff would not have been deprived of his rights.

21. Defendant, CCL, caused the Plaintiff emotional distress, mental anguish, Loss of time due to learning how to defend himself against the Defendant, invasion of privacy, anxiety due to efforts to try and collect this "alleged debt without regard for the law, fear due to harassment which has led to sleepless nights, and psychological harm.

22. The Plaintiff request that defendant compensate him for damages due to the FDCPA violation(s) under 15 USC § 1692k.

23. Plaintiff justifiably fears that, absent this court's intervention, Defendant CCL will continue to use abusive, deceptive, unfair, and unlawful means in its attempts to collect alleged debts.

24. The deprivation of Plaintiff's rights will be redressed by a favorable decision herein.

25. A favorable decision herein would redress Plaintiffs injury with money damages.

26. A favorable decision herein would server to defer Defendant from further similar conduct.

## Count 1 Violation of the Fair Debt Collection Practices Act

## (CCL)

27. Plaintiff reincorporates by referencing all the preceding paragraphs.

28. According to 15 U.S.C 1692c(c) Ceasing communication

If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except—

(1)to advise the consumer that the debt collector's further efforts are being terminated;

COMPLAINT FOR A CIVIL CASE - 4

(2) to notify the consumer that the debt collector or creditor may invoke specified remedies which are ordinarily invoked by such debt collector or creditor; or

(3) where applicable, to notify the consumer that the debt collector or creditor intends to invoke a specified remedy.

29. As is the Plaintiff's right under the FDCPA, the Plaintiff wrote to the defendant that he refuses to pay the debt on August 20th 2024. Despite the plaintiffs notice, the defendant continued to communicate with the Plaintiff in an attempt to collect the debt on August 27th 2024 through email and also sent multiple letters in September 2024 in an attempt to collect the debt.

30. Despite the Plaintiffs clear instructions, in an attempt to harass, oppress, and intimidate the Plaintiff, the defendant proceeded to communicate with the Plaintiff in attempts to collect a debt that he clearly stated to the defendant that he refused to pay.

31. Despite the Plaintiffs communication that he refuses to pay the debt, in an attempt to harass, oppress, and intimidate the Plaintiff, the defendant proceeded to send multiple communications to the Plaintiff in an attempt to collect the debt after the plaintiff advised them that he refuses to pay the debt which is a violation of 15 U.S.C 1692c(c).

32. Defendant, CCL, violated the Fair Debt Collection Practices Act as follows:

33. The Debt Collector's violations include, but are not limited to, the following: The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by communicating with the plaintiff after the Plaintiff communicated to them that he refuses to pay the debt.

34. The defendant is in violation of 15 U.S. Code § 1692d by engaging in conduct in which the natural consequence was harassing, oppressive, and abusive to the plaintiff.

35. As a result of these violations, the Defendant, CCL, caused the Plaintiff emotional distress, mental anguish, Loss of time due to learning how to defend himself against the Defendant, invasion of privacy, anxiety due to efforts to try and collect this "alleged debt without

regard for the law, fear due to harassment which has led to sleepless nights, and psychological harm.

36. As a result of the above violations of the FDCPA, Defendant are liable to the Mr. Mccall for the following:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S,C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3); E. For such other and further relief as the Court may deem just and proper.

## Jury Demand and Prayer For Relief

Wherefore Plaintiff, Jeremiah Mccall respectfully demands a trial by Jury and request that judgement be entered in favor of the Plaintiff against the Defendant for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S,C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3); E. For such other and further relief as the Court may deem just and proper.

Date:
_____09/23/2024_____

YOUR NAME: Jeremiah Mccall

EMAIL: Mccallinfo1993@gmail.com

Phone Number: 469-404-2061

Adress: 2045 S Forum Dr Apt 4211 Grand Prarie, Tx 75052

COMPLAINT FOR A CIVIL CASE - 6

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Jeremiah Mccall    Mccallinfo1993@gmail.com
2045 S Forum Dr Apt 4211 Grand Prarie, Tx 75052

**DEFENDANTS**

Credit Control LLC

**(b)** County of Residence of First Listed Plaintiff  **Dallas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  **Dallas**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED SEP 27 2024 KCB
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [x] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1681i and 15 USC 1681e(b)

Brief description of cause:
Violations of the Fair Credit Reporting Act

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE
09/23/2024

SIGNATURE OF ATTORNEY OF RECORD
Jeremiah Mccall

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____








X-RAY

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

RECEIVED
SEP 27 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

US POSTAGE & FEES PAID
PRIORITY MAIL EXPRESS
ZONE 1 FLAT-RATE ENVELOPE
Commercial
062S0001484840
17300947
FROM 75052
stamps endicia
09/23/2024

**PRIORITY MAIL EXPRESS 1-DAY™**

JEREMIAH MCCALL
JEREMIAH
2045 S FORUM DR APT 4211
GRAND PRAIRIE TX 75052-1228

0007
(469) 404-2061

WAIVER OF SIGNATURE

SHIP TO:
UNITED STATES DISTRICT COURT CLERKS OFFICE
1100 COMMERCE ST STE 1452
DALLAS TX 75242-1310

USPS TRACKING #

9470 1111 0550 1204 0698 31

For Domestic shipments, the maximum weig...